# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Elvira De Los Reyes,** *Plaintiff* | § § | |
| **v.** | § | **No. 1:26-cv-00753-ADA-SH** |
| **Southwest Key Programs, Inc,** *Defendant* | § § § | |

## ORDER

Before the Court is Plaintiff's Response to Order Show Cause and Request to Extend Time to Serve Defendant, filed August 13, 2026 (Dkt. 7). Defendant Southwest Key Programs, Inc. has not filed a response in opposition.

On July 30, 2026, the Court ordered Plaintiff Elvira De Los Reyes to show cause to why her claims should not be dismissed for failure to timely serve Defendant. Dkt. 5. Plaintiff's Response presents good cause for the failure to timely serve. Accordingly, the Court extends the time to serve Defendant. *See* FED. R. CIV. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). De Los Reyes served Defendant on August 4, 2026. Dkt. 6.

The Court **GRANTS** Plaintiff's Request to extend the time to serve Defendant (Dkt. 7) and **ORDERS** Defendant Southwest Key Programs, Inc. to file an answer or otherwise respond to the Complaint by **September 30, 2026.**

**SIGNED** on September 8, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE